```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 50494
   ROBERT WASNICK
                                               CHAPTER 13

                                               JUDGE: JOHN H SQUIRES

          Debtor
   SSN XXX-XX-0616


------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 10/12/05 and confirmed on 12/02/05.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  13392.00 .

     4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------
CREDITOR NAME              CLASS       CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
------------------------------------------------------------------------
BECKET & LEE LLP           UNSECURED       8364.97        .00        1081.58
RESURGENT CAPITAL SERVIC   UNSECURED      10397.21        .00        1344.35
FIA CARD SERVICES          UNSECURED     NOT FILED        .00            .00
ECAST SETTLEMENT CORPORA   UNSECURED       8336.85        .00        1077.95
RESURGENT CAPITAL SERVIC   UNSECURED      10565.65        .00        1366.13
EMERGE MASTERCARD          UNSECURED     NOT FILED        .00            .00
GOOD SAMARITAN HOSPITAL    UNSECURED       5369.02        .00         694.21
ECAST SETTLEMENT CORPORA   UNSECURED       8220.61        .00        1062.92
QUEST DIAG INCORP          UNSECURED     NOT FILED        .00            .00
ECAST SETTLEMENT CORPORA   UNSECURED       9751.05        .00        1260.80
ECAST SETTLEMENT CORPORA   UNSECURED      23786.47        .00        3075.57
          Summary of disbursements:
------------------------------------------------------------------------
                    SECURED    PRIORITY    UNSECURED      OTHER         TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00         .00      84791.83        .00      84791.83
PRINCIPAL PAID         .00         .00      10963.51        .00      10963.51
INTEREST PAID          .00         .00          .00         .00           .00
TOTAL PAID             .00         .00      10963.51        .00      10963.51
The Debtor's attorney, KATHLEEN VAUCHT              , was allowed $   2700.00
and was paid $    806.00  direct and $   1894.00  through the plan.

The Trustee received $     534.49 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

Dated: 09/09/08                    /S/
                           GLENN STEARNS
                           CHAPTER 13 TRUSTEE